## 2012 Cases With Jubal Hamernik as Expert Witness

| Case Name | Employing Atty; Firm | P or D | Insurance Co. |
|---|---|---|---|
| Craver/Carlson | Rodman; John Rodman & Assoc | D | SF (State Farm) |
| Whitman/Zuniga | Katherine Mead; Mead & Mead, Jackson, WY | P | Plaintiff |
| Maes/Maes | Seymour; Patterson Nuss Seymour | D | SF |
| Kelly/Horan | Ross-Shannon; Ross-Shannon Law Firm | D | SF |
| Deese/Dever | Troy Ukasick | P | Plaintiff |
| SF & Ross/Allstate | Wittebort; Walberg Tucker & Holmes | D | AS (UIM) |
| Sarraf/Younger | Palumbo; Bayer & Carey | D | SF |
| Underwood/Starner | Corman; Jorgensen & Assoc | D | SF |
| State of WY/Young | Homar, Scott (Laramie County DA) | --- | --- |
| Williams/Huibregtse | Palumbo; Bayer & Carey | D | SF |
| Jensen/Munden | Karls; Jorgensen & Assoc | D | SF |
| Greene/Lupienski | Karls; Jorgensen & Assoc | D | SF |
| Jolley/Hansen (Salt Lake) | Walk, Michael; Trystan Smith & Assoc (in-house) | D | SF |
| Harmon/New | Seymour; Patterson Nuss Seymour | D | SF |
| Hain/Anderson | Cross; Cross Liechty Lane | D | SF |
| Way/Peterson | Jirak; Jorgensen & Assoc | D | SF |
| Kates/Blake (SD) | Kappelman; Banks Johnson Kappelman & Becker | D | SF |
| Rivera/Phillips | Hames; Ray Lego & Assoc | D | Northland (Travelers) |
| Brooks/Gates | Rodman; John Rodman & Assoc | D | SF |
| Stowell/Fletcher | Kristufek; Stuart Jorgensen & Assoc | D | SF |
| Hotzel/Epperson | Timmins; Paul S. Edwards & Assoc | D | SF |
| Lane/Park & Cart | Wagner; Ross-Shannon Law Firm | D | AmFam |
| Mikesell/Lebofsky | David Jones; Paul S. Edwards Assoc | D | SF |
| Taylor/Warden | Rodman/John Rodman & Assoc | D | SF |
| Spoelistra/Alamillo | Seymour; Jones Waters Geislanger Seymour | D | SF |

**Defense work**      23/25: 92% defense work
**SF work**           19/22: 86% of defense work is for State Farm