Robert B. Sykes (#3180)
Rachel L. Sykes (#11778)
**SYKES | MCALLISTER LAW OFFICES, PLLC**
311 S. State Street, #240
Salt Lake City, Utah 84111
Telephone No. (801) 533-0222
bob@sykesmcallisterlaw.com
rachel@sykesmcallisterlaw.com
*Attorneys for Plaintiff*

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
### CENTRAL DIVISION

| | |
|---|---|
| TAYLOR HARPER, | ) |
| | ) **PLAINTIFF'S RULE 43 MOTION** |
| | ) **TO PERMIT TAKING OF** |
| Plaintiff, | ) **TESTIMONY VIA TELEPHONE** |
| v. | ) |
| | ) Civil No. 2:13-cv-00889 |
| MICHAEL TVETER, | ) Judge Ted Stewart |
| | ) |
| Defendants. | ) |
| | ) |

**MOTION**

Plaintiff moves the Court for an Order allowing the testimony of Christopher "Buck" Dominick, 2596 West Alamo Avenue, Littleton, Colorado, (303) 794-7422, to be taken by telephone in rebuttal to expert testimony of Jubal Hamernik. The following Memorandum explains the reasons.

## MEMORANDUM

In past cases, Dr. Hamernik has failed or refused to answer questions about his work done for State Farm insureds. In some cases, he has arguably given incorrect testimony about that specific issue. Mr. Dominick has done a study of 2012 cases on which Dr. Hamernik testified. He has discovered that about 90% of the defendants for whom he testified that year were for State Farm insureds.

It is too difficult and expensive to bring Mr. Dominick to Salt Lake City to offer rebuttal testimony on such short notice. Therefore, Plaintiff moves the Court for an Order to allow him to testify by telephone.

DATED this 1st day of September, 2015.

SYKES | MCALLISTER LAW OFFICES, PLLC

/s/ Robert B. Sykes
ROBERT B. SYKES
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, in addition to counsel for parties who will receive service of this Motion through CME/CF, a copy is being served on Christopher "Buck" Dominick by email at buck@dominicklaw.com.

/s/ Robert B. Sykes

P's Rule 43 Motion.wpd