IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| TAYLOR HARPER,<br><br>                    Plaintiff,<br><br>v.<br><br>MICHAEL TVETER,<br><br>                    Defendant. | MEMORANDUM DECISION AND ORDER ON PARTIES' MOTIONS FOR JUDGMENT AS A MATTER OF LAW<br><br><br>Case No. 2:13-CV-889 TS<br><br>District Judge Ted Stewart |

       This matter is before the Court on the parties' Motions for Judgement as a Matter of Law. The parties made their Motions orally at the conclusion of trial on September 2, 2015.

       Federal Rule of Civil Procedure 50(a) provides,

> If a party has been fully heard on an issue during a jury trial and the court finds that a reasonable jury would not have a legally sufficient evidentiary basis to find for the party on that issue, the court may:
> (A) resolve the issue against the party; and
> (B) grant a motion for judgment as a matter of law against the party on a claim or defense that, under the controlling law, can be maintained or defeated only with a favorable finding on that issue.

      In reviewing a Rule 50 Motion, the Court should review all of the evidence in the record.[1]  However, all reasonable inferences are drawn in favor of the nonmoving party and the Court does "not make credibility determinations or weigh the evidence."[2]  Judgment as a matter of law is appropriate "only if the evidence points but one way and is susceptible to no reasonable inferences which may support the opposing party's

---

[1] *Reeves v. Sanderson Plumbing Prods., Inc.*, 530 U.S. 133, 150 (2000).
[2] *Id.*

1

position."[3]  A judgment as a matter of law is appropriate "[i]f there is no legally sufficient evidentiary basis . . . with respect to a claim or defense . . . under the controlling law."[4]

Having considered the evidence and arguments presented on both sides, the Court finds that neither party has shown their entitlement to judgment as a matter of law.

It is therefore

ORDERED that both parties' Motions for Judgment as a Matter of Law are DENIED.

DATED this 2nd day of September, 2015.

BY THE COURT:

_____
Ted Stewart
United States District Judge

---

[3] *Finley v. United States*, 82 F.3d 966, 968 (10th Cir. 1996).

[4] *Baty v. Willamette Indus., Inc.*, 172 F.3d 1232, 1241 (10th Cir. 1999).