IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

SEP 0 2 2015

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

| | |
|---|---|
| TAYLOR HARPER., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL TVETER, <br><br> Defendant. | VERDICT FORM <br><br> Case No. 2:13-CV-889 TS <br><br> District Judge Ted Stewart |

Please answer the following question from a preponderance of the evidence:

1. Was the Defendant Michael Tveter negligent, and if so, was the negligence a proximate cause of the injuries to the Plaintiff Taylor Harper?

    Yes  **X**      No _____

If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No," to Question 1, stop here, have the Foreperson sign the Verdict Form, and advise the Court Security Officer.

2. Was the Plaintiff Taylor Harper negligent, and if so, was the plaintiff's negligence a proximate cause of his injuries?

    Yes  **X**      No _____

If you answered "Yes" to Question 2, proceed to Question 3. If you answered "No" to Question 2, proceed to Question 4.

3. Allocate the percentage of fault, if any, for each person listed below, the total must equal 100%.

Michael Tveter      25%

Taylor Harper       75%

Total               100%

4. What amount, if any, would fairly compensate the Plaintiff Taylor Harper for his harm caused by Defendant Michael Tveter's negligence:

Economic Damages      $13,212.93

Noneconomic Damages   0

Total                 _____

DATED: 2 SEPTEMBER 2015

_____
Foreperson